UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-542M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DOMICO LAMONT JONES, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Felon in Possession of a Firearm - Armed Career Criminal

<u>Date of Detention Hearing</u>:   Initial Appearance October 11, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by Complaint with being in possession of a firearm, having

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 1

previously been convicted of six felonies.  The defendant was also arrested for possession of a controlled substance at the time of the events which led up to the instant charge. Defendant was initially released, then re-arrested on another occasion for possession of a controlled substance.

(2) Defendant has a lengthy criminal record that includes multiples occasions when the defendant failed to appear for hearing, with resulting warrant activity.

(3) Defendant was not interviewed by Pretrial Services.  There is limited background information available.  He is associated with seven alias names, two Social Security Numbers and three dates of birth.

(4) According to Department of Correction records, the defendant has been under the jurisdiction of the Washington State DOC since December 20, 2005 and has been returned to custody five times since then.

(5) The defendant poses a risk of nonappearance due to lack of verified background information, a bail jumping conviction, a history of failing to appear and failing to comply with court orders, his status on DOC supervision at the time of the instant charges and the new arrest after being placed on bail for the state court charges related to this case. He poses a risk of danger due to criminal history, the nature of these charges and his status on DOC supervision at the time of arrest.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of October, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge